# U.S. District Court
## Eastern District of California – Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:08–cv–01528–LKK–GGH

(HC) Mitchell v. Knowles  
Assigned to: Senior Judge Lawrence K. Karlton  
Referred to: Magistrate Judge Gregory G. Hollows  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 07/02/2008  
Date Terminated: 07/23/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Lacy Mitchell**     represented by     **Lacy Mitchell**  
V–08358  
California Medical Facility  
PO Box 2000  
Vacaville, CA 95696–2000  
PRO SE

V.

**Respondent**

**Michael Knowles**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2008 | 1 | PETITION for WRIT of HABEAS CORPUS by Lacy Mitchell.(Becknal, R) (Entered: 07/03/2008) |
| 07/03/2008 | 2 | PRISONER NEW CASE DOCUMENTS ISSUED (Attachments: # 1 Order re Consent) (Becknal, R) (Entered: 07/03/2008) |
| 07/03/2008 |  | SERVICE BY MAIL: 2 Prisoner New Case Documents served on Lacy Mitchell (Becknal, R) (Entered: 07/03/2008) |
| 07/18/2008 | 3 | DECLINE to PROCEED BEFORE US MAGISTRATE JUDGE by petitioner Lacy Mitchell. (Marciel, M) (Entered: 07/21/2008) |
| 07/23/2008 | 5 | ORDER TRANSFERRING CASE to USDC – Northern District of CA signed by Magistrate Judge Gregory G. Hollows on 7/23/08. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED (Marciel, M) (Entered: 07/23/2008) |
| 07/23/2008 |  | SERVICE BY MAIL: 5 Order Transferring Case to USDC – Northern District of CA Out to Another District served on petitioner Lacy Mitchell. (Marciel, M) (Entered: 07/23/2008) |