FILED

08 AUG 18 PM 3:36

[U.S. DISTRICT COURT stamp]
[NORTHERN DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff,

CASE NO. C08-3548 JSW

vs.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

Defendant.

I, Lacy Mitchell, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A          Net: N/A

Employer: N/A

N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Barcost Steel      1984_____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or     Yes ___ No _✓_
10         self employment
11    b.   Income from stocks, bonds,     Yes ___ No _✓_
12         or royalties?
13    c.   Rent payments?     Yes ___ No _✓_
14    d.   Pensions, annuities, or     Yes ___ No _✓_
15         life insurance payments?
16    e.   Federal or State welfare payments,     Yes ___ No _✓_
17         Social Security or other govern-
18         ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.   Are you married?     Yes ___ No _✓_
24 Spouse's Full Name: _N/A_____
25 Spouse's Place of Employment: _N/A_____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $ _N/A_____
28 4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1  b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5       _____ N/A _____
6       _____

7  5.   Do you own or are you buying a home?         Yes ____ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.   Do you own an automobile?                    Yes ____ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.   Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____ N/A _____
17 Do you own any cash? Yes ____ No ✓ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No ✓
20 _____

21 8.   What are your monthly expenses?
22 Rent: $ ____ 0 ____         Utilities: ____ 0 ____
23 Food: $ ____ 0 ____         Clothing: ____ 0 ____
24 Charge Accounts:
25 Name of Account         Monthly Payment         Total Owed on This Acct.
26 ____ 0 ____              $ ____ 0 ____           $ ____ 0 ____
27 _____               $ _____            $ _____
28 _____               $ _____            $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 3 -

1  9.     Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____
4  _____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ____  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11    I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13    I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  _6/10-08_____          _Lacy Mitchell_____
17      DATE                    SIGNATURE OF APPLICANT

1
2                                                          Case Number: C08-3548 JSW
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                          **IN**
10                              **PRISONER'S ACCOUNT**
11
12         I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of _____ for the last six months
                                              [prisoner name]
14  _____ where (s)he is confined.
         [name of institution]
15         I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $ _____ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $_____.
18
19  Dated:_____                        _____
                                                [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

- 5 -

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## INSTRUCTIONS FOR PRISONER'S
## IN FORMA PAUPERIS APPLICATION

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.    Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.

**B.    Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

CA MEDICAL FACILITY
SACRAMENTO CA

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

02 1M
0004225987
MAILED FROM ZIP