

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACY MITCHELL, | No. C 08-3548 JSW (PR) |
| Petitioner, | **ORDER DISMISSING PETITION** |
| vs. | (Docket No. 8) |
| MICHAEL KNOWLES, Warden, | |
| Respondent. | |

Petitioner, a prisoner of the State of California, currently incarcerated at California Medical Facility in Vacaville, California, filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the constitutional validity of his state conviction. However, Petitioner already has a habeas corpus petition pending in this Court. On May 28, 2008, the court granted Petitioner a stay in his earlier habeas action pending before this Court under case number C 06-3776 JSW (PR), provided him with thirty days in which to file a petition to exhaust additional claims in the California Supreme Court and administratively closed the file pending the exhaustion of those claims.

Thereafter, on July 24, 2008, the instant case was transferred to this Court from the United States District Court for the Eastern District, where Petitioner had filed it. However, although Petitioner filed this petition there, it appears that he had intended to file this petition in the California Supreme Court, as that is the name of the Court on the petition submitted there. Moreover, this Court has reviewed the website of the California Appellate Courts Case Information and determined that Petitioner has not yet filed a habeas petition in the California Supreme Court, as required by this Court's May 28,

2008 order.

Based on the foregoing, it is clear that the instant petition was filed in error in the United States District Court for the Eastern District, who then transferred it here, instead of in the California Supreme Court. Accordingly, this action is DISMISSED as it was filed in error and the earlier petition will remain open. Petitioner is advised that he must include the proper docket number from that case, C 06-3776 JSW (PR) on all correspondence with this Court about that matter. Further, Petitioner must notify this Court when he has complied with the Court's order of May 28, 2008 and will be provided with another thirty days from the date of this order in which to timely file a petition in the California Supreme Court on his unexhausted claims. No further extensions of that time will be provided, except upon a showing of exceptional circumstances. Petitioner's motion to proceed *in forma pauperis* is now GRANTED (docket no. 8). The Clerk shall close the file and enter judgment in this matter.

IT IS SO ORDERED.

DATED: AUG 2 5 2008

JEFFREY S. WHITE
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LACY MITCHELL,

        Plaintiff,

v.

MICHAEL KNOWLES et al,

        Defendant.

Case Number: CV08-03548 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lacy Mitchell
California Medical Facility
P.O. Box 2000
V08358
Vacaville, CA 95696

Dated: August 25, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk