IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

| | |
|---|---|
| LACY MITCHELL, | ) No. C 08-3548 JSW (PR) |
|     Petitioner, | ) |
| | ) **JUDGMENT** |
|   v. | ) |
| MICHAEL KNOWLES, Warden, | ) |
|     Respondent. | ) |

The Court has dismissed this *pro se* petition as filed in error. A judgment of dismissal is entered.

IT IS SO ORDERED.

DATED:    AUG 2 5 2008

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LACY MITCHELL,

        Plaintiff,

v.

MICHAEL KNOWLES et al,

        Defendant.

_____/

Case Number: CV08-03548 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lacy Mitchell
California Medical Facility
P.O. Box 2000
V08358
Vacaville, CA 95696

Dated: August 25, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk